UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-9898 FMO (AFMx) | Date | **November 29, 2016** |
|---|---|---|---|
| Title | **Barbara Villa, et al. v. County of Los Angeles, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): Attorney Present for Defendant(s):

None Present None Present

**Proceedings:** (In Chambers) Order to Show Cause

On December 24, 2015, plaintiffs Barbara Villa, Philippee Baptista, and Leonela Sanchez ("plaintiffs") filed a Complaint against the County of Los Angeles ("County") and Deputy Sheriff Sergeant King (collectively "defendants"). (See Dkt. 1, Complaint). The County filed its Answer to the Complaint on January 29, 2016. (See Dkt. 15, Answer).

On March 1, 2016, the court issued a scheduling and case management order, setting forth case deadlines. (See Court's Order of March 1, 2016). More specifically, the court set August 29, 2016, as the deadline for the parties to complete their settlement conference. (See id. at 18). The order directed the parties to file a Notice of Settlement no later than 24 hours after the settlement proceeding if the case settled, or if the case did not settle, a Status Report Re: Settlement no later than 48 hours after the settlement proceeding. (See id.). As of the date of this Order, the parties have not filed a Notice of Settlement or a Status Report Re: Settlement. Accordingly, IT IS ORDERED that no later than **December 2, 2016**, the parties shall show cause in writing why this case should not be dismissed or sanctions imposed for lack of prosecution and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962). A stipulation of dismissal and/or notice of settlement shall be deemed a satisfactory response to the order to show cause.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |