JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA VILLA, PHILIPPEE BAPTISTA, LEONELA SANCHEZ,<br><br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; a public entity; DEPUTY SHERIFF SERGEANT KING, a public employee; DOES 1 TO 10 INCLUSIVE,<br><br>Defendants. | **Case No. 2:15-cv-09898-FMO-(AFMx)**<br><br>**ORDER RE STIPULATION [24] RE DISMISSAL**<br><br>Complaint filed:    12/24/15<br><br>Trial :          March 14, 2017<br>PTSC:          February 24, 2017 |

**IT IS HEREBY ORDERED** that the matter of *Villa, et al. v. County of Los Angeles, et al.*  is dismissed, with prejudice.

DATED: December 1, 2016          By:_____/s/_____
                                                      Hon. Fernando Olguin
                                                      United States District Court

1
**ORDER RE STIPULATION FOR DISMISSAL**